# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Aaron David FARRELL,<br><br>Defendant. | Case No.: 20MJ4606<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 22, 2020, within the Southern District of California, defendant, Aaron David FARRELL did knowingly and intentionally import 500 grams and more, to wit: approximately 47.66 kilograms (105.07 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Carmen Jacobsen
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd day of October 2020.

_____
HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 22, 2020, at approximately 1:14 PM, Aaron David FARRELL, ("FARRELL"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #25. FARRELL was the driver, sole occupant, and registered owner of a 2001 Chevrolet S10 ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the tailgate of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from FARRELL. FARRELL stated he was crossing the border to go to San Bernardino, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the tailgate, both doors, and the side panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 23 packages concealed in the tailgate, both doors, and the passenger side bed panel of the vehicle, with a total approximate weight of 47.66 kgs (105.07 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

FARRELL was placed under arrest at approximately 3:00 PM.

1

During a post-Miranda interview, FARRELL denied knowledge of the narcotics found in the vehicle but admitted to doing several dry runs on previous days. FARRELL admitted he handed off his vehicle in Mexico the previous night and took receipt of the vehicle prior to crossing. FARRELL stated he was instructed to drive towards Los Angeles.

FARRELL was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.