**PAUL A. BARR**
California State Bar No. 247951
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Paul_Barr@fd.org

Attorneys for Defendant
AARON DAVID FARRELL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  20MJ4606 |
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| AARON DAVID FARRELL, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Paul A. Barr, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  October 26, 2020

*s/ Paul A. Barr*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
AARON DAVID FARRELL
Email:  Paul_Barr@fd.org

**20MJ4606**

NOTICE OF APPEARANCE
AS LEAD COUNSEL