ROBERT S. BREWER, JR.
United States Attorney
DANIEL K. GREENE
Assistant United States Attorney
District of Columbia Bar No. 1019788
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6783
Daniel.Greene@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20mj4606-AHG |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| AARON DAVID FARRELL, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name
**None**.

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**Nelson Francisco Candelario, Jr.**

Please feel free to call me if you have any questions about this notice.

DATED: November 23, 2020.

                Respectfully submitted,

                ROBERT S. BREWER, JR.
                United States Attorney

                *s/ Daniel K. Greene*
                DANIEL K. GREENE
                Assistant U.S. Attorney
                Attorneys for Plaintiff
                UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>*,<br><br>　　　　　Defendant. | Case No.: *<br><br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System.

　　　Dated: November 23, 2020.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*s/ Daniel K. Greene*
　　　　　　　　　　　　　　　　　　　　Daniel K. Greene
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

3